NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Marchuk v. Faruqi & Faruqi     Docket No.: 15-1655

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Jonathan S. Hershberg, Esq.

Firm: Rottenberg LIpman Rich, PC

Address: 369 Lexington Ave, 16th Floor NY NY 10017

Telephone: 212-661-3080     Fax:

E-mail: jhershberg@rlrpclaw.com

Appearance for: Plaintiff Alexandra Marachuk
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
                                      (name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
                                       (name/firm)

☑ Additional counsel (co-counsel with: Harry W. Lipman )
                                       (name/firm)

☐ Amicus (in support of: _____ )
                                       (party/designation)

CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on June 2, 2015          OR

☑ I applied for admission on _____

Signature of Counsel: _[signature]_

Type or Print Name: Jonathan Hershberg