ROTTENBERG LIPMAN RICH, P.C.

369 LEXINGTON AVENUE
SIXTEENTH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 661-3080
TELECOPIER (212) 867-1914

NEW JERSEY OFFICE
PARK 80 WEST, PLAZA ONE
250 PEHLE AVENUE, SUITE 101
SADDLE BROOK, NEW JERSEY 07663
TELEPHONE (201) 490-2022
TELECOPIER (201) 490-2040

WWW.RLRPCLAW.COM

HARRY W. LIPMAN
MEMBER
hlipman@rlrpclaw.com

June 17, 2015

**BY ELECTRONIC FILING**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    Marchuk v. Faruqi & Faruqi LLP, et al.
                Case No.:15-1655

Dear Ms. O'Hagan Wolfe:

    We represent the appellant, Alexandra Marchuk, in the above-referenced matter. Pursuant to United States Court of Appeals for the Second Circuit Local Rule 31.2(a)(1)(A), appellant hereby notifies the Court that she will file her appellate brief via the Court's electronic filing system on August 11, 2015.

                                                Respectfully,

                                               Harry W. Lipman

HWL: jbs
2591


Cc:    Counsel for Appellee (by electronic filing)