UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of August, two thousand and fifteen,

_____

Alexandra Marchuk,

        Plaintiff-Counter-Defendant - Appellant-Cross-Appellee,

v.

Faruqi & Faruqi, LLP, Juan E. Monteverde, Nadeem Faruqi, Lubna Faruqi,

        Defendants-Counter-Claimants - Appellees-Cross-Appellants,

Jamie R. Mogil,

        Movant - Appellee.

**ORDER**
Docket Nos. 15-1655 (L)
15-1790 (CON)

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

